UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

YARA CHEHAB,
As Next Friend of Rasha Alawieh

*Petitioner*,

v.

KRISTI NOEM, ET AL.,

Respondent.

Case No. 1:25-cv-10614 (LTS)

## MOTION FOR CONTINUANCE OF HEARING

Counsel respectfully requests that the Court continue the hearing scheduled for 10:00 AM Eastern Time, March 17, 2025, ECF No. 9. There is good cause to grant this motion. The circumstances of this case which gave rise to the scheduled hearing have materially changed. At the time the Court set the hearing, petitioner was still attempting to prevent the completion of her removal from the United States, in the hopes of remaining in the United States pending the adjudication of her petition for a writ of habeas corpus and complaint. Petitioner has now been removed from the United States and is currently in Lebanon. While petitioner intends to seek to return to the United States at the earliest opportunity, she is no longer in transit.

Additionally, petitioner has recently changed counsel. New co-counsel is expected to join the case shortly, but will require additional time to adequately prepare for the hearing.

WHEREFORE, and upon good cause shown, undersigned counsel respectfully requests that this Court grant this Motion for Continuance of Hearing.

|  |  |
|---|---|
| Dated: March 16, 2025 | Respectfully submitted, |
|  | */s/ Stephanie E.Y. Marzouk* |
|  | Stephanie E.Y. Marzouk (BBO#683291) |
|  | **Marzouk Law LLC** |
|  | 2464 Massachusetts Ave Ste 317 |
|  | Cambridge, MA 02140 |
|  | Tel: 617-674-2112 |
|  | Fax: 617-674-1664 |
|  | Email: sym@marzouklaw.com |
|  | *Attorney for Petitioner Yara Chehab* |

## **CERTIFICATE REGARDING LOCAL RULE 7.1**

I, Stephanie E.Y. Marzouk, hereby certify that no attorneys for Defendants have entered an appearance in this matter. I was therefore unable to meet and confer pursuant to Local Rule 7.1.

*/s/ Stephanie E.Y. Marzouk*
Stephanie E.Y. Marzouk

## **CERTIFICATE OF SERVICE**

I, Stephanie E.Y. Marzouk, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 16, 2025.

*/s/ Stephanie E.Y. Marzouk*
Stephanie E.Y. Marzouk