U.S. Department of Homeland Security

**Notice and Order of Expedited Removal**

## DETERMINATION OF INADMISSIBILITY

Event Number: ▮▮▮▮▮▮

File No: ▮▮▮▮▮▮

SIGMA Event: ▮▮▮▮▮▮

Date: March 14, 2025

In the Matter of: ALAWIEH, RASHA

Pursuant to section 235(b)(1) of the Immigration and Nationality Act (Act), (8 U.S.C. 1225(b)(1)), the Department of Homeland Security has determined that you are inadmissible to the United States under section(s) 212(a) ☐ (6)(C)(i); ☐ (6)(C)(ii); ☒ (7)(A)(i)(I); ☐ (7)(A)(i)(II); ☐ (7)(B)(i)(I); and/or ☐ (7)(B)(i)(II) of the Act, as amended, and therefore are subject to removal, in that:

```
1. You are not a citizen or national of the United States;
2. You are a native of LEBANON and a citizen of LEBANON;
3. You applied for admission on 03/13/2025 at GENERAL EDWARD LAWRENCE LOGAN INTERNATIONAL
   AIRPORT, BOSTON, MA, USA;
4. You are an immigrant not in possession of a valid unexpired immigrant visa, reentry
   permit, border crossing card, or other valid entry document required by the Immigration
   and Nationality Act; to wit you cannot overcome the presumption of being an intending
   immigrant due to derogatory information discovered during your immigration inspection.


...(CONTINUED ON I-831)
```

▮▮▮▮▮▮
CBP OFFICER
Name and title of immigration officer (Print)

▮▮▮▮▮▮
*Digitally Acquired Signature*   Signature of immigration officer

## ORDER OF REMOVAL
## UNDER SECTION 235(b)(1) OF THE ACT

Based upon the determination set forth above and evidence presented during inspection or examination pursuant to section 235 of the Act, and by the authority contained in section 235(b)(1) of the Act, you are found to be inadmissible as charged and ordered removed from the United States.

▮▮▮▮▮▮
CBP OFFICER
Name and title of immigration officer (Print)

▮▮▮▮▮▮
*Digitally Acquired Signature*   Signature of immigration officer

▮▮▮▮▮▮
CHIEF CBP OFFICER
Name and title of supervisor (Print)

▮▮▮▮▮▮
*Digitally Acquired Signature* Signature of supervisor, if available

☐ Check here if supervisory concurrence was obtained by telephone or other means (no supervisor on duty).

### CERTIFICATE OF SERVICE

I personally served the original of this notice upon the above-named person on  March 14, 2025
(Date)

▮▮▮▮▮▮
CBP OFFICER
Signature of immigration officer   *Digitally Acquired Signature*

Form I-860 (Rev. 08/01/07)

U.S. Department of Homeland Security          **Notice and Order of Expedited Removal**

## ACKNOWLEDGEMENT

I acknowledge receipt of this notification  _[signature]_____

*Digitally Acquired Signature*   Signature of alien

UNCERTIFIED DUPLICATE

Form I-860 (reverse)

U.S. Department of Homeland Security  Continuation Page for Form I-860

| Alien's Name | File Number | Date |
|---|---|---|
| ALAWIEH, RASHA | SIGMA Event: <br> Event No: | March 14, 2025 |

ON THE BASIS OF THE FOREGOING, IT IS CHARGED THAT YOU ARE SUBJECT TO REMOVAL FROM THE UNITED STATES PURSUANT TO THE FOLLOWING PROVISION(S) OF LAW:
=========================================================================

Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act (Act), as amended, as an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under section 211(a) of the Act.

UNCERTIFIED DUPLICATE

| | Title |
|---|---|
| e | CBP OFFICER |

*Digitally Acquired Signature*

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)