UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YARA CHEHAB,<br>As Next Friend of Rasha Alawieh<br><br>*Petitioner*,<br><br>v.<br><br>KRISTI NOEM, ET AL.,<br><br>Respondent. | Case No. 1:25-cv-10614 (LTS) |

**PETITIONER'S EMERGENCY MOTION TO SEAL GOVERNMENT FILING**

**I.     STATEMENT OF FACTS**

Petitioner, as next-of-friend, filed a petition for a writ of habeas corpus in this Court on March 14, 2025, because she learned that U.S. Customs and Border Protection ("CBP") at Boston Logan International Airport was detaining her first cousin, Dr. Rasha Alawieh ("Dr. Alawieh") without any justification and without permitting her access to counsel, ECF No. 1 ¶ 1, and that CBP planned to deport Dr. Alawieh on a 7:45 pm flight departing Logan for Paris France, ECF No. 1 ¶ 4. The Court ordered a stay of removal, and counsel for Petitioner notified the Court of its apparent violation. ECF No. 10. The Court ordered briefing from the government. ECF No. 12. The government filed its briefing and related materials this morning. The materials present sensitivities about which Petitioner has had no meaningful chance to confer with counsel and that she prefers not be publicly accessible.

**III.     CONCLUSION**

For all the foregoing reasons, Petitioner respectfully requests that this Honorable Court order place under seal the government briefing materials filed with the Court on March 17, 2025.

Respectfully Submitted,

/s/ Stephanie E.Y. Marzouk

Stephanie E.Y. Marzouk Marzouk Law LLC
2464 Massachusetts Ave Ste 317 Cambridge, MA 02140

Tel: 617-674-2112
Fax: 617-674-1664
Email: sym@marzouklaw.com

Attorney for Petitioner

**CERTIFICATE REGARDING LOCAL RULE 7.1**

I, Stephanie E.Y. Marzouk, hereby certify that I attempted to meet and confer pursuant to Local Rule 7.1, and was unable to reach the Respondents' attorneys.

*/s/ Stephanie E.Y. Marzouk*
Stephanie E.Y. Marzouk

**CERTIFICATE OF SERVICE**

I, Stephanie E.Y. Marzouk, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 17, 2025.

*/s/ Stephanie E.Y. Marzouk*
Stephanie E.Y. Marzouk