# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RASHA ALAWIEH,<br><br>    Petitioner,<br>v.<br><br>KRISTI NOEM, Acting Secretary of U.S. DEPARTMENT OF HOMELAND SECURITY; PETER FLORES, in his official capacity as Commissioner, U.S. CUSTOMS and BORDER PROTECTION; MARCO RUBIO, U.S. SECRETARY of STATE; and JOHN DOE, Field Director, CBP, Boston Field Office,<br><br>    Respondents. | Civil Action No. 1:25-cv-10614-LTS |

**RESPONDENTS' RESPONSE TO PETITIONER'S EMERGENCY MOTION TO SEAL**

Pursuant to this Court's Order dated April 1, 2025 (Doc. No. 29), Respondents, by their attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, submit that they do not oppose Petitioner's Emergency Motion to Seal filed on March 17, 2025. (Doc. No. 20).

                   Respectfully submitted,

                   LEAH B. FOLEY
                   United States Attorney

Dated: April 2, 2025    By:  */s/ Michael Sady*
                   MICHAEL SADY
                   MARK SAUTER
                   Assistant U.S. Attorney
                   United States Attorney's Office
                   1 Courthouse Way, Suite 9200
                   Boston, MA  02210
                   617-748-3100
                   michael.sady@usdoj.gov