UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RASHA ALAWIEH,<br><br>*Petitioner-Plaintiff*,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Respondents-Defendants*. | Case No. 1:25-cv-10614 (LTS)<br><br>**JOINT STATUS REPORT CONCERNING BRIEFING SCHEDULE** |

Pursuant to the Court's order on April 1, 2025, ECF No. 28, the parties submit this joint status report regarding their respective positions for a proposed briefing schedule concerning the First Amended Habeas Petition and Complaint for Declaratory and Injunctive Relief, ECF No. 34, that Petitioner-Plaintiff ("Petitioner") filed on May 5, 2025.

*Petitioner's Position*

Petitioner proposes the following briefing schedule:

- Friday, May 16, 2025, as the deadline for Petitioner to file a memorandum of law in support of her First Amended Habeas Petition and Complaint for Declaratory and Injunctive Relief, ECF No. 34 ("Amended Petition");

- Monday, June 9, 2025, as the deadline for Respondents-Defendants ("Respondents") to respond to the Amended Petition and to Petitioner's memorandum of law in support of the Amended Petition; and

- Wednesday, June 18, 2025, as the deadline for Petitioner to file a reply in support of the Amended Petition.

1

*Respondents' Position*

Respondents maintain that as contemplated by this Court's Habeas Rules and the Federal Rules of Civil Procedure, that Respondents file their Response to the Amended Petition by June 9, 2025, a date agreed to by the Parties and Petitioner can file her Response thereto within 30 days or any other date this Court shall set.  Petitioner filed the Amended Habeas Petition on May 5, 2025, and now wishes to file a legal brief in support of that Amended Petition two weeks thereafter and before Respondents have filed any Response to the Amended Habeas Petition as contemplated by the Habeas Rules and the corresponding Federal Rules of Civil Procedure.  Respondents ask this Court to accept Respondents' briefing schedule.

The parties thank the Court for its consideration of this joint status report.

Dated: May 12, 2025

                                                                Respectfully submitted,

*/s/ Michael Sady*                                              */s/ Golnaz Fakhimi*
Michael Sady, Assistant U.S. Attorney                           Golnaz Fakhimi*
Mark Sauter, Assistant U.S. Attorney                            Muslim Advocates
United States Attorney's Office                                 1032 15th Street N.W. #362
1 Courthouse Way, Suite 9200                                    Washington, D.C. 20005
Boston, MA 02210                                                Tel: (202) 655-2969
Tel: (617) 748-3100                                             golnaz@muslimadvocates.org
michael.sady@usdoj.gov
mark.sauter@usdoj.gov                                           */s/ Stephanie Marzouk*
                                                                Stephanie Marzouk (M.A. Bar No. 683291)
*Counsel for Respondents*                                       Marzouk Law LLC
                                                                2464 Massachusetts Ste 317
                                                                Cambridge, M.A. 02140
                                                                Tel: (617) 674-2112
                                                                sym@marzouklaw.com

                                                                *Counsel for Petitioner*

                                                                **Admitted* pro hac vice*