**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RASHA ALAWIEH, | |
| *Petitioner*, | |
| v. | Case No. 1:25-cv-10614 (LTS) |
| KRISTI NOEM, Secretary of the U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| *Respondents*. | |

**PETITIONER'S MOTION FOR EXTENSION OF REPLY DEADLINE AND FOR ENLARGEMENT OF REPLY PAGE-LIMIT**

Petitioner hereby moves the Court for leave to file a 15-page reply memorandum of law in support of her amended habeas petition and for leave to file that memorandum by Friday, July 11, 2025. In support thereof, she states as follows, on the basis of the accompanying declaration of Golnaz Fakhimi ("Fakhimi Decl.").

1. On May 13, 2025, the Court entered an order giving Petitioner through May 16, 2025, to file a memorandum of law in support of her amended habeas petition; giving Respondents through June 9, 2025, to file a responsive memorandum of law; and giving Petitioner a nine-day span, through June 18, 2025, to file a reply memorandum of law of up to five pages in length. ECF No. 37. Fakhimi Decl. at ¶ 3.

2. On May 29, 2025, Respondents moved the Court for a fourteen-day extension, through June 23, 2025, for the filing of their responsive memorandum of law, with "a commensurate extension of Petitioner's reply deadline to July 2, 2025." ECF No. 48. Fakhimi Decl. at ¶ 4.

3. On May 30, 2025, the Court entered an order providing Respondents through June 23, 2025, for the filing of their responsive memorandum, ECF No. 49; and Respondents filed their responsive memorandum on June 23, 2025, ECF No. 50. Fakhimi Decl. at ¶ 5.

4. Petitioner seeks an enlargement of the five-page limit for her reply memorandum of law, to up to fifteen pages, given the complex and critical issues disputed within the case, concerning the Appointments Clause and Suspension Clause of the Constitution, the Immigration and Nationality Act, and the Administrative Procedure Act. If the Court is not amenable to considering that enlargement, Petitioner asks, in the alternative, to be able to file a reply memorandum of up to eleven pages in length. Fakhimi Decl. at ¶ 6.

5. Kelark Azer Habashi, counsel for Respondents, has conveyed to Petitioner's counsel that Respondents oppose any enlargement of Petitioner's reply brief beyond the current five-page limit. Fakhimi Decl. at ¶ 7.

6. Petitioner also seeks an extension of her reply deadline through Friday, July 11, 2025, to facilitate effective coordination among her counsel for the preparation of the reply, given the complex legal issues presented by the case, as well as competing client-related demands. Fakhimi Decl. at ¶ 8.

7. Petitioner's counsel has conferred about the desired extension with Kelark Azer Habashi, counsel for Respondents, who conveyed to Petitioner's counsel that Respondents take no position on it. Fakhimi Decl. at ¶ 9.

**WHEREFORE**, Petitioner respectfully asks the Court to **GRANT** this motion and permit Petitioner to file a 15-page reply memorandum in support of her amended habeas petition, by Friday July 11, 2025. A proposed order accompanies this motion.

Dated: July 1, 2025

Respectfully submitted,

_/s/ Golnaz Fakhimi_

2

Golnaz Fakhimi
Muslim Advocates
1032 15th Street N.W. #362
Washington, D.C. 20005
Tel: (202) 655-2969
golnaz@muslimadvocates.org

*Counsel for Petitioner*

## CERTIFICATE REGARDING LOCAL RULE 7.1

I, Golnaz Fakhimi, hereby certify that I conferred with counsel for the Defendants on the relief requested within the foregoing motion and attempted in good faith to resolve or narrow the issues, pursuant to Local Rule 7.1.

*/s/ Golnaz Fakhimi*
Golnaz Fakhimi

## CERTIFICATE OF SERVICE

I, Golnaz Fakhimi, hereby certify that I transmitted the foregoing document and its named attachment electronically through the Case Management / Electronic Case Filing ("CM/ECF") system to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Golnaz Fakhimi*
Golnaz Fakhimi