# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RASHA ALAWIEH., *Petitioner*, v. KRISTI NOEM, SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., *Respondents*. | Civil Action No. 1:25-cv-10614-LTS |

## MOTION TO STRIKE PETITIONER'S NOTICE
## OF SUPPLEMENTAL AUTHORITY [ECF No. 54]

LEAH B. FOLEY
*United States Attorney*

RAYFORD FARQUHAR
*Deputy Civil Chief*

MICHAEL SADY
MARK SAUTER
*Assistant United States Attorneys*

BRETT A. SHUMATE
*Assistant Attorney General*
Civil Division

YAMILETH G. DAVILA
*Assistant Director*

JAMES J. WALKER
*Senior Litigation Counsel*

KELARK AZER HABASHI
*Trial Attorney* (DC Bar #90009126)
U.S. Department of Justice: Civil Division
Office of Immigration Litigation
P.O. Box 868, Benjamin Franklin Station
Washington, D.C. 20044
202-305-3340 | Kelark.Azer.Habashi2@usdoj.gov

Defendants respectfully request the Court strike Petitioner's Notice of Supplemental Authority, ECF No. 54, filed August 26, 2025. Petitioner did not seek leave to file such notice pursuant to L.R. 7.1(b)(3), and the notice suffers two additional procedural flaws. First, the decision Petitioner presents to the Court was decided June 27, 2025, two weeks prior to her filing her opposition to Respondents' habeas return on July 11, 2025 [ECF No. 53], and so she should have raised it then. *Legal Sea Foods, LLC v. Strathmore Insurance Company*, 517 F.Supp.3d 32, 33 (D. Mass. 2021) (notices of supplemental authorities are "commonly used in the federal court system to alert courts to *subsequent* decisions relevant to a pending motion.") (emphasis added, internal quotations omitted) (citing *Sisk v. Abbott Labs.*, No. 1:11-cv-159, 2012 WL 1164559, at *1, 2012 U.S. Dist. LEXIS 49219, at *1 (W.D.N.C. Apr. 9, 2012)); *see Rizo v. U.S.*, 2014 WL 7152755, at *1 (S.D. Fla. 2014) ("[A]ll of the cases listed in this supplement pre-date Petitioner's Objections and, therefore, should have been included therein.").

Second, rather than merely informing the Court of the case, Petitioner improperly makes a number of arguments in her notice, transforming it into a sur-reply. *Legal Sea Foods, LLC*, 517 F.Supp.3d at 33 ("[I]t is improper for a notice to include legal argument accompanying the cited authority.") (citing *United Broadcasting Corp. v. Miami Tele-Communications*, 140 F.R.D. 12, 13 (S.D. Fla. 1991) ("[A] notice of supplemental authority that raises an argument . . . is in fact an attempt at a sur-response, which is not permitted in the absence of court order.")).

Thus, the Court should strike the notice as improperly filed, "first because it contained argument regarding the case, and second because the case was decided before [Petitioner filed her opposition]." *Legal Sea Foods, LLC*, 517 F.Supp.3d at 33 (quoting *Hagens Berman Sobol Shapiro LLP v. Rubinstein*, No. C09-0894 RSM, 2009 WL 3459741, at *1 (W.D. Wash. Oct. 22, 2009)).

Pursuant to L.R. 7.1(a)(2), Respondents contacted Petitioner's counsel on Thursday, August 28, 2025, requesting they withdraw the notice for the reasons stated herein. Respondents have not received a response.

DATED: September 2, 2025

LEAH B. FOLEY
*United States Attorney*

RAYFORD FARQUHAR
*Deputy Civil Chief*

MICHAEL SADY
MARK SAUTER

*Assistant United States Attorneys*

Respectfully Submitted,

BRETT A. SHUMATE
*Assistant Attorney General*
Civil Division

YAMILETH G. DAVILA
*Assistant Director*

JAMES J. WALKER
*Senior Litigation Counsel*

Kelark Azer Habashi (D.C. Bar 90009126)
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court National Security Section
P.O. Box 868, Washington D.C. 20044
T: (202)-305-3340
kelark.azer.habashi2@usdoj.gov
*Counsel for Respondents*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2025, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Massachusetts by using the CM/ECF system, which will send notice of such filing to all parties that have appeared in this case. Counsel in the case are registered CM/ECF users and thus service will be accomplished by the CM/ECF system.

*/s/ Mark Sauter*
Mark Sauter
Assistant U.S. Attorney