**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSSETTS**

RASHA ALAWIEH,

*Petitioner*,

v.

KRISTI NOEM, SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY; ET AL.,

*Respondents*.

Civil Action No. 1:25-cv-10614-LTS

PLEASE TAKE NOTICE that JOSHUA CLEM, Trial Attorney at the Office of Immigration Litigation, Civil Division, United States Department of Justice, hereby enters an appearance on behalf of all Federal Respondents in this matter. The undersigned certifies that he is authorized to practice in this Court pursuant to L.R. 83.5.3(c). This appearance is made without waiver to service, venue, or jurisdiction.

Dated: September 29, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JAMES J. WALKER
Senior Litigation Counsel

By: */s/ Joshua Clem*
JOSHUA CLEM
*Trial Attorney* (AR Bar# AR2023202)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation,
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
T: (202) 305-3340
F: (202) 305-7000
Joshua.Clem2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2025, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Massachusetts by using the CM/ECF system, which will send notice of such filing to all parties that have appeared in this case. Counsel in this case are registered CM/ECF users and thus service will be accomplished by the CM/ECF system.

By: */s/ Joshua Clem*
JOSHUA CLEM
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation