#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF MASSACHUSSETS

| | |
|---|---|
| RASHA ALAWIEH., | |
| *Petitioner-Plaintiff,* | Civil Action No. 1:25-cv-10614-LTS |
| v. | |
| KRISTI NOEM, SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY; ET AL., | |
| *Respondents-Defendants.* | |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.5.2(c), Trial Attorney Kelark Azer Habashi seek leave of Court to withdraw his appearance in this matter. Good cause exists, because Mr. Azer Habashi's detail with the United States Department of Justice's Office of Immigration Litigation concludes effective September 30, 2025, and can no longer represent Respondents in this case. Furthermore, the Respondents are still fully represented by Trial Attorney Joshua Clem and Assistant United States Attorneys Michael P. Sady and Mark Sauter, who entered an appearance in this case.

Pursuant to L.R. 7.1(a)(2), counsel for the parties have conferred regarding the instant motion. Counsel for Petitioner indicate that they do not oppose nor have any objections related to the requested relief sought in this motion.

WHEREFORE, Respondents respectfully request that the Court strike the appearance of Kelark Azer Habashi as counsel for Respondents in this case.

//

//

//

//

Dated: September 29, 2025                                Respectfully Submitted,

                                                                            BRETT A. SHUMATE
Assistant Attorney General
Civil Division

Yamileth G. Davila
Assistant Director,
Office of Immigration Litigation

JAMES J. WALKER
Senior Litigation Counsel

By: */s/Kelark Azer Habashi*
KELARK AZER HABASHI
*Trial Attorney* (DC Bar# 90009126)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation,
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
T: (202) 305-3340
F: (202) 305-7000
Kelark.Azer.Habashi2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 29, 2025, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Massachusetts by using the CM/ECF system, which will send notice of such filing to all parties that have appeared in this case. Counsel in the case are registered CM/ECF users and thus service will be accomplished by the CM/ECF system.

      By: */s/ Kelark Azer Habashi*
KELARK AZER HABASHI
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation