UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| Rasha Alawieh, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 25-10614-LTS |
| | ) | |
| Kristi Noem et al., | ) | |
| | ) | |
| Respondents. | ) | |

JUDGMENT

October 31, 2025

SOROKIN, J.

   Pursuant to the Order dated October 31, 2025 (Doc. No. 60), the case is hereby dismissed.

SO ORDERED.

 /s/ Leo T. Sorokin
United States District Judge