UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Alawieh )
)
)
)
)
v. )   C.A. No. 1:25-cv-10614-LTS
)
)
Tweedie, et al. )
)
)
)

## NOTICE OF APPEAL

Notice is hereby given that **Dr. Rasha Alawieh**, the **Petitioner-Plaintiff** in the above-named matter, hereby appeals to the United States Court of Appeals For the First Circuit from the **Order (ECF No. 60)** entered in this action on **Oct. 31, 2025**.

Respectfully submitted,

Date: Dec. 30, 2025

_____
(signature)
Print name & address:

Golnaz Fakhimi
Muslim Advocates
1032 15th St. N.W. #362
Washington, D.C. 20005

## Certificate of Service

I, **Golnaz Fakhimi**, certify that I have caused a copy of this Notice of Appeal to be served by mailing a copy of the same to **all registered participants** (recipient)), at **[using the CM/ECF system]** (address) on **Dec. 30, 2025** (date).

Date:

_____
(signature)
Print name: